UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VALLIER WILLIAM TOMPKINS, | Case No. 3:16-cv-00444-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN BACA, *et al.*, | |
| Respondents. | |

In this habeas corpus action, after two extensions of time, the petitioner, Vallier William Tompkins, a Nevada prisoner, was due to file a second amended petition by May 19, 2017. *See* Order entered September 20, 2016 (ECF No. 13); Order entered December 5, 2016 (ECF No. 16); Order entered March 16, 2017 (ECF No. 18).

On May 19, 2017, Tompkins filed a motion for extension of time (ECF No. 19), requesting that the time for him to file a second amended petition be further extended, by another 31 days, to June 19, 2017. Tompkins' counsel states that the extension of time is necessary because of her obligations in other cases.

The Court finds that Tompkins' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time.

However, in light of the amount of time that Tompkins will have had to file the second amended petition, *the Court will not look favorably upon any motion to further extend this deadline*.

It is therefore ordered that petitioner's motion for extension of time (ECF No. 19) is granted. Petitioner will have until and including June 19, 2017, to file a second amended petition, or notice that there will not be one.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered September 20, 2016 (ECF No. 13) will remain in effect.

DATED THIS 22nd day of May 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE