UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

VALLIER WILLIAM TOMPKINS,

      Petitioner,

  v.

WARDEN BACA, *et al.*,

      Respondents.

Case No. 3:16-cv-00444-MMD-WGC

ORDER

  In this habeas corpus action, brought by Nevada prisoner Vallier William Tompkins, the Court ruled on respondents' motion to dismiss on March 8, 2018. (*See* Order entered March 8, 2018 (ECF No. 41).) In that order, the Court dismissed one of Tompkins' claims (Ground 2(2)), and found part of one claim to be unexhausted in state court (all of Ground 1 except Tompkins' claims that his plea was not knowing, intelligent and voluntary because the trial court did not advise him of his right to appeal or the possibility of an *Alford* plea). (*See id.*) As to the unexhausted portion of Ground 1, the Court required Tompkins, within thirty (30) days — by April 9, 2018 — to file either a notice stating that he abandons the unexhausted claims or a motion for a stay of this action while he exhausts those claims in state court. (*See id.*) The Court ordered that if Tompkins takes neither of those actions within the time allowed, this action will be dismissed in its entirety pursuant to *Rose v. Lundy*, 455 U.S. 509 (1982). (*See id.*)

  On April 6, 2018, Tompkins filed a motion for an extension of time (ECF No. 42), requesting a 30-day extension of time — to May 9, 2018 — to make his election regarding

the unexhausted claims. This would be the first extension of this deadline. Tompkins' counsel states that the extension of time is necessary because she has been unable to speak with her client about his election. Respondents do not oppose the motion for extension of time. The Court finds that Tompkins' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that petitioner's Motion for Extension of Time (ECF No. 42) is granted. Petitioner will have until May 9, 2018, to make the election regarding his unexhausted claims, as directed in the order entered March 8, 2018 (ECF No. 41).

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered March 8, 2018 (ECF No. 41), and the order entered September 20, 2016 (ECF No. 13), will remain in effect.

DATED THIS 6th day of April 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE