UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VALLIER WILLIAM TOMPKINS, | Case No. 3:16-cv-00444-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN BACA, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents were due to file an answer by June 29, 2018. (*See* Order entered March 8, 2018 (ECF No. 41).)

On June 27, 2018, Respondents filed a motion for an extension of time (ECF No. 47), requesting a 45-day extension of time, to August 13, 2018, for their answer. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases, and time away from her work. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 46) is granted. Respondents will have until August 13, 2018, to file their answer.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered September 20, 2016 (ECF No. 13) will remain in effect.

DATED THIS 29th day of June 2018.

_____
MIRANDA M. DU,
UNITED STATES DISTRICT JUDGE