UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VALLIER WILLIAM TOMPKINS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN BACA, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00444-MMD-WGC<br><br>ORDER |

In this habeas corpus action, Respondents filed their answer on August 9, 2018 (ECF No. 48), and Petitioner, Nevada prisoner Vallier William Tompkins, was due to file his reply by September 24, 2018. (*See* Order entered September 20, 2016 (ECF No. 13) (45 days for reply).)

On September 24, 2018, Tompkins filed a motion for an extension of time (ECF No. 49), requesting a 60-day extension of time, to November 23, 2018, for the reply. This would be the first extension of this deadline. Tompkins' counsel states that the extension of time is necessary because of her obligations in other cases. Respondents do not oppose the motion for extension of time.

The Court finds that Petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant this motion for extension of time. However, in light of the amount of time Petitioner will have had to file his reply, *the Court will not further extend this deadline absent a showing of extraordinary circumstances*.

1    It is therefore ordered that Petitioner's Motion for an Extension of Time (ECF No. 49) is granted. Petitioner will have until November 23, 2018, to file his reply.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered September 20, 2016 (ECF No. 13) will remain in effect.

DATED THIS 24th day of September 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE